## GULF CHEMICAL & METALLURGICAL CORPORATION, Petitioner,

v.

## MINER DEDERICK CONSTRUCTION, LLP, Respondent

No. 13–0355

Supreme Court of Texas.

OPINION DELIVERED: January 30, 2015

Daryl G. Dursum, W. David Toney, Christopher L. Evans, Houston, for Petitioner Gulf Chemical & Metallurgical.

Susan Kopecky Hellinger, Cynthia Ann Holub, Jonna Noel Summers, Lauren Beck Harris, Houston, for Respondent Miner Dederick Construction, LLP.

## PER CURIAM

We deny Gulf Chemical & Metallurgical Corporation's petition for review. On remand the trial court should reconsider all spoliation issues in light of our recently issued opinion in *Brookshire Brothers, Ltd. v. Aldridge,* 438 S.W.3d 9 (Tex.2014).